**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELBERT DAWKINS, on behalf of himself and all others similarly situated], <br><br> Plaintiffs, <br><br> v. <br><br> URBN US RETAIL LLC, <br><br> Defendant. | 1:22-cv-02629-HG <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Elbert Dawkins ("Plaintiff") and URBN US Retail LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: September 22, 2022

| | |
|---|---|
| STEIN SAKS, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
| By: /s/ Mark Rozenberg <br> Mark Rozenberg <br> One University Plaza, Suite 620 <br> Hackensack, NJ 07601 <br> Tel: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | By: /s/ Michael F. Fleming <br> Michael F. Fleming <br> 101 Park Avenue <br> New York, New York 10178 <br> Tel: (212) 309-6207 <br> Email: michael.fleming@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

Dated: _____, 2022

_____
United States District Judge